Matter of James (2025 NY Slip Op 07218)

Matter of James

2025 NY Slip Op 07218

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., OGDEN, NOWAK, DELCONTE, AND KEANE, JJ.

[*1]MATTER OF BARBARA R. HECK JAMES, F/K/A BARBARA RUTH HECK, RESIGNOR. — 

Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys.
(Filed Dec. 19, 2025.)